FILED
CLERK, U.S. DISTRICT COURT
AUG 21 2013
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>GUILLERMO HURTADO,<br><br>            Defendant. | NO.: MJ 13-02275-DUTY<br><br>ORDER OF DETENTION AFTER HEARING<br>  [Fed.R.Crim.P. 32.1(a)(6);<br>      18 U.S.C. 3143(a)] |

    The defendant having been arrested in this Central District of California pursuant to a "No Bail" warrant issued by the Southern District of California for alleged violation of the terms and conditions of his supervised release; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (X)  The defendant has not met his burden of establishing by

clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the prior revocation of his supervised release and the nature of the allegations in the petition.

and

B. (X) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community because of his history of substance abuse.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: August 21, 2013

_Margaret A. Nagle_
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE